# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

Clifford W. Taylor,
Chief Justice

133334

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 133334
                            COA: 261458
                            Oakland CC: 04-197600-FH

JAMES REDMOND,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

Clerk

p0914